# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

United States of America
v.

Adam Michael Cornelison

*Defendant*

Case No. CR20-5267-RJB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Adam Michael Cornelison, who is accused of an offense or violation based on the following document filed with the court:

_ Indictment  _ Superseding Indictment  _ Information  _ Superseding Information  _ Complaint
_ Probation Violation Petition  X Supervised Release Violation Petition  _ Violation Notice  _ Order of Court

This offense is briefly described as follows:

Violation(s) of conditions of supervision

Date: March 2, 2021

*Issuing officer's signature*

City and state: Tacoma, WA

Tyler Campbell, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____; and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
for
Western District of Washington
Supplemental Violation

**Name of Offender:** Adam Michael Cornelison    **Case Number:** 3:20CR05267RJB-001
**Name of Judicial Officer:** The Honorable Robert J. Bryan, United States District Judge
**Date of Original Sentence:** 02/09/2016    **Date of Report:** 03/02/2021
**Original Offense:** Possession of a Firearm in Furtherance of a Federal Drug Trafficking Crime
**Original Sentence:** 60 months' imprisonment; 3 years' supervised release
**Type of Supervision:** Supervised release    **Date Supervision Commenced:** 02/04/2021
**Assistant United States Attorney:** Todd Greenberg    **Defense Attorney:** Unassigned
**Special Conditions Imposed:**

☒ Substance Abuse    ☐ Financial Disclosure    ☐ Restitution:
☐ Mental Health    ☐ Fine waived    ☐ Community Service
☒ Other: Alcohol restrictions; submit to search; refrain from the use and/or possession of any synthetic cannabis substances

## PETITIONING THE COURT

☒    To issue a warrant under seal
☐    To issue a summons
☒    To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on February 5, 2021.

I allege Adam Michael Cornelison has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3. | Failing to report for urinalysis testing on the following dates, in violation of a special condition of supervised release:<br>• January 26, 2021<br>• February 22, 2021 |
| 4. | Failing to notify probation of a change in residence within 72 hours on February 22, 2021, in violation of a standard condition of supervised release. |
| 5. | Failing to participate in substance abuse treatment program as directed as of February 25, 2021, in violation of a special condition of supervised release. |
| 6. | Committing the crime of trespassing on February 28, 2021, in violation of a mandatory condition of supervised release. |
| 7. | Committing the crime of depredation of government property on February 28, 2021, in violation of a mandatory condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
    ☒ risk of flight.
    ☒ danger to community.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 2nd day of March, 2021. | BY: |
| *Chandra Wageman*<br>Chandra Wageman<br>United States Probation Officer | *Hien Nguyen*<br>Hien Nguyen<br>Supervising United States Probation Officer |

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

_____
Signature of Judicial Officer

2 March 2021
Date

U.S. Department of Justice  
United States Marshals Service



# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal  
Western District of Washington  
*(District)*

700 Stewart Street, Suite 9000 Seattle, WA 98101-1271

*(Return Address and Phone)*

*Please type or print neatly:*

TO: MATCOM, Alaska

DATE: 07/27/2021  
SUBJECT: CORNELISON, ADAM MICHAEL  
AKA:  
DOB/SSN: 09/28/1989  
REF. #  
USMS #: 17806-006 / FBI# 564122EC5  
CR #:

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the  Western  District of  Washington  has issued an **arrest warrant** charging the subject with **violation of the conditions of probation and/or supervised release.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a **Federal probation/supervised release violation warrant.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at  206 694-6874  .  
    *FAX No.*

| RECEIPT | |
|---|---|
| Date: | 7/27/21 |
| Signed: | |
| By: | Sgt Mw |
| Title: | C, To |

Very truly yours,

_____  
*(Signature)*

Deputy US Marshal Cree Molina  
*(Name and Title)*

Requested by:  Chief Deputy US Marshal Richard Craig 

Form USM-16D  
Rev. 04/05